**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

2019 MAY 22 A 10:59

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 2:19-cr-90 JDL** |
| | ) | |
| **DANIELLE DEFOSSE-STROUT** | ) | **VIOLATIONS:** |
| | ) | **Title 18 U.S.C. §1347 and 1349** |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

**Conspiracy to Commit Health Care Fraud**
**18 U.S.C. § 1349**

1. From at least about 2015 through and until at least May 2018, in the District of Maine, the defendant,

**DANIELLE DEFOSSE-STROUT**

conspired and agreed with others known and unknown, to willfully execute, and attempt to execute a scheme or artifice (1) to defraud MaineCare; and (2) to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under custody and control of MaineCare in connection with the delivery of or payments for healthcare benefits, items and services, in violation of Title 18, United States Code, Section 1347.

**PURPOSE OF THE CONSPIRACY**

2. The purpose of the conspiracy was for the defendant and co-conspirators to unlawfully enrich themselves by, among other things, billing MaineCare, and receiving reimbursement from MaineCare, for healthcare services and interpreter services which services were either not provided or were provided for less duration than billed;

## MANNER AND MEANS

3. It was part of the conspiracy that from about June 2014 through May 2018, Defendant was employed as a case manager for a health care provider that provided services to MaineCare beneficiaries.

4. It was further a part of the conspiracy that during the period of the conspiracy, Defendant created documentation to make it appear that she and other conspirators were providing services to MaineCare beneficiaries that were greater than the actual service provided.

5. It was further part of the conspiracy that the healthcare company then billed MaineCare based upon the false and fraudulent documents created by Defendant and other conspirators.

6. MaineCare then reimbursed the health care provider based upon the false and fraudulent billings.

7. The health care provider then compensated Defendant and other conspirators from received from MaineCare.

In violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION
## (Health Care Fraud Forfeiture)

8. Upon conviction of health care fraud conspiracy, in violation of Title 18, United States Code, Sections 1347 and 1349 as alleged in Count 1 of this Indictment, defendant

**DANIELLE DEFOSSE-STROUT**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense(s).

9. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18 United States Code, Sections 982(a)(7) and 24(a) and Title 28 United States Code, Section 2461(c).

Dated: May 22, 2019

Halsey B. Frank
United States Attorney

[signature]
Assistant United States Attorney